| Fill in this information to identify the case: |
| --- |

Debtor name   **River City Recycling, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................   $    0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................   $    50,746.96

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................   $    50,746.96

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................   $    15,593,285.05

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................   $    80,215.37

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.........   +$    5,457,536.47

4.  **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b   $    21,131,036.89

**Fill in this information to identify the case:**

Debtor name    *River City Recycling, LLC*

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    Accounts receivable

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | 175.00 | - | 175.00 | =.... | $0.00 |
| 11b. Over 90 days old: | 250.00 | - | 0.00 | =.... | $250.00 |
| 11b. Over 90 days old: | 635.80 | - | 635.80 | =.... | $0.00 |
| 11b. Over 90 days old: | 1,545.80 | - | 0.00 | =.... | $1,545.80 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **River City Recycling, LLC**                         Case number *(If known)* _____
           Name

| 11b. Over 90 days old: | **1,680.90** | - | **0.00** | =.... | **$1,680.90** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **850.50** | - | **0.00** | =.... | **$850.50** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **2,950.00** | - | **0.00** | =.... | **$2,950.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **5,250.00** | - | **0.00** | =.... | **$5,250.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **3,139.52** | - | **1,569.76** | =.... | **$1,569.76** |
| | face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**                                                    | **$14,096.96** |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    Office furniture **Misc. Furniture** | **$2,450.00** | Liquidation | **$1,000.00** |

40.    Office fixtures

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

Debtor    **River City Recycling, LLC**                                    Case number *(if known)* _____
           Name

| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
|---|---|---|---|---|
| | Security Camera | $1,008.90 | Liquidation | $0.00 |
| | Alarm System | $1,346.38 | Liquidation | $0.00 |
| | Computer Equipment | $1,400.00 | Liquidation | $0.00 |
| | Watchdog Security System | $28,033.33 | Liquidation | $0.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                            | $1,000.00 |
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | **1 Northeast Industrial 30-yd Roll-Off Container** | $2,354.17 | Liquidation | $1,500.00 |
| | **3 Northeast Industrial 30-yd Roll-Off Container** | $4,860.00 | Liquidation | $4,500.00 |
| | **2 Northeast 15-yd Roll Off Containers** | $3,200.00 | Liquidation | $2,000.00 |
| | **5 Northeast Industrial 30-yd Roll-Off Containers** | $16,407.29 | Liquidation | $7,500.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   __River City Recycling, LLC_____   Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| Thermo Scientific Niton XL2 980 Metal Gun | $13,459.79 | Liquidation | $0.00 |
| Radiator Chopper | $1,464.75 | Liquidation | $100.00 |
| Trail Blazer Welder | $2,450.00 | Liquidation | $1,000.00 |
| Striptech Model 1000 Wire Stripper | $1,260.00 | Liquidation | $500.00 |
| Eagle 7.5HP/80 gal Air Compressor | $793.90 | Liquidation | $100.00 |
| Seda Mobile Drainage Station Auto Depollution System | $16,447.98 | Liquidation | $2,500.00 |
| 1967 General Hydraulics 315-60L-17 Baler | $1,184.17 | Liquidation | $250.00 |
| Mitsubishi FGC25 Forklift | $4,900.00 | Liquidation | $2,000.00 |
| 2012 Nissan VF05H70V Forklift | $12,057.92 | Liquidation | $10,000.00 |
| Caterpillar Model 80 Forklift | $5,250.00 | Liquidation | $1,500.00 |
| Freon Removal Equipment | $2,164.46 | Liquidation | $500.00 |
| Miscellaneous Equipment | $4,211.67 | Liquidation | $1,000.00 |
| Other Tools | $846.79 | Liquidation | $200.00 |
| Petro Gas Tank | $3,579.95 | Liquidation | $250.00 |
| Torin/Big Red TRE0810 Tire Changer | $1,053.49 | Liquidation | $250.00 |

51. **Total of Part 8.**                                                                              | $35,650.00 |
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                    page 4

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **River City Recycling, LLC**                                        Case number *(If known)* _____
              Name

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Industrial Building 1207 School Street Units 5, 10, 11 & 13 Richmond, VA 23220** | Operating Lease | $0.00 | | Unknown |
| 55.2. **AC Equipment and Renovation for Second Office** | Leasehold Improvement | $21,458.82 | Liquidation | $0.00 |
| 55.3. **Building Electrical Work** | Leasehold Improvement | $533.06 | Liquidation | $0.00 |
| 55.4. **Overhead Door Enlargement** | Leasehold Improvement | $2,617.52 | Liquidation | $0.00 |
| 55.5. **Pave Driveway Entrance** | Leasehold Improvement | $10,347.17 | Liquidation | $0.00 |
| 55.6. **Privacy Fence** | Leasehold Improvement | $6,248.48 | Liquidation | $0.00 |
| 55.7. **Truck Scale** | Leasehold Improvement | $84,676.20 | Liquidation | $0.00 |

56.    **Total of Part 9.**                                                                                        | $0.00 |

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

| Debtor | **River City Recycling, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |
| Goodwill | $0.00 | Liquidation | Unknown |

| 66.   **Total of Part 10.** | | $0.00 |
|---|---|---|
| Add lines 60 through 65. Copy the total to line 89. | | |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **River City Recycling, LLC**                Case number *(If known)* _____
            Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $14,096.96 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $35,650.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $50,746.96 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $50,746.96 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **River City Recycling, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Commercial Credit Group Inc.**<br>Creditor's Name<br>**227 West Trade Street**<br>**Suite 1450**<br>**Charlotte, NC 28202**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**1 Northeast Industrial 30-yard Roll-Off Container**<br><br>Describe the lien<br>**Prior Claim Offset by Repo of $939,900 in goods; remaining collat value is $1500**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $1,500.00 | $0.00 |

Creditor's email address, if known _____

Date debt was incurred
**11/20/2012- 9/24/2014**
Last 4 digits of account number **1992**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **River City Recycling Holdings, LLC**<br>Creditor's Name<br>**6905 Telegraph Road**<br>**Suite 205**<br>**Bloomfield Hills, MI 48301**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All Assets**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☐ No<br>■ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $15,591,785.05 | $0.00 |

Creditor's email address, if known _____

Date debt was incurred
**3/30/2012**
Last 4 digits of account number

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **River City Recycling, LLC**
_____
Name

Case number (if know) _____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     | $15,593,285.05 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor?<br>Line | Last 4 digits of account number for this entity |
|---|---|---|
| -NONE- | | |

---

**Fill in this information to identify the case:**

Debtor name    **River City Recycling, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**City of Richmond**
**Personal Property Tax**
**P.O. Box 26624**
**Richmond, VA 23261**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 18,220.11        $ 18,220.11

Date or dates debt was incurred
**4/09/14**

Basis for the claim:
**Property Taxes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

**2.2**

Priority creditor's name and mailing address
**Internal Revenue Service**
**550 Main Street, #1000**
**Cincinnati, OH 45202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 61,995.26        $ 61,995.26

Date or dates debt was incurred
**1/2/15-7/17/15**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **1980**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **River City Recycling, LLC** | Case number (if known) | |
|--------|------|------|---|
| | Name | | |

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 35,000.00 |
|---|---|---|
| **1207 School Street, LLC**<br>**204 Rivers Bend Blvd**<br>**Chester, VA 23836** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:**   **Rent** | |
| Date or dates debt was incurred   **7/1/15** | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| Last 4 digits of account number | | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 10,679.32 |
|---|---|---|
| **2053 W Broad Street Restaurant & Bar**<br>**2053 W Broad Street**<br>**Richmond, VA 23220** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:**   **Trade Debt** | |
| Date or dates debt was incurred   **5/28/2015** | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| Last 4 digits of account number | | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 119,118.14 |
|---|---|---|
| **A&F I, LLC**<br>**1207 School Street, Suite 5**<br>**Richmond, VA 23220** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:**   **Trade Debt** | |
| Date or dates debt was incurred   **4/24/2015** | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| Last 4 digits of account number | | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 670.40 |
|---|---|---|

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor   **River City Recycling, LLC**                                    Case number (if known)
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

**AERC Recycling Solutions**                    Check all that apply.
**3301 Rosedale Avenue, Suite D**               ☐ Contingent
**Richmond, VA 23230**                          ☐ Unliquidated
                                                ☐ Disputed

                                                Basis for the claim:   **Trade Debt**

Date or dates debt was incurred   **4/14/2015**   Is the claim subject to offset?

                                                ☑ No
Last 4 digits of account number                 ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **7,473.68** |

**AI-jon Manufacturing LLC**                    Check all that apply.
**P.O. Box 88280**                              ☐ Contingent
**Chicago, IL 60680**                           ☐ Unliquidated
                                                ☐ Disputed

                                                Basis for the claim:   **Trade Debt**

Date or dates debt was incurred   **12/10/2014**   Is the claim subject to offset?

                                                ☑ No
Last 4 digits of account number                 ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **7,994.30** |

**Aleris**                                      Check all that apply.
**1901 Reymet Road**                            ☐ Contingent
**Richmond, VA 23237**                          ☐ Unliquidated
                                                ☐ Disputed

                                                Basis for the claim:   **Trade Debt**

Date or dates debt was incurred   **10/24/2014**   Is the claim subject to offset?

                                                ☑ No
Last 4 digits of account number                 ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **837.00** |

**Alpha Systems**                               Check all that apply.
**13509 East Boundary Road**                    ☐ Contingent
**Midlothian, VA 23112**                        ☐ Unliquidated
                                                ☐ Disputed

                                                Basis for the claim:   **Trade Debt**

Date or dates debt was incurred   **6/1/2015**   Is the claim subject to offset?

                                                ☑ No
Last 4 digits of account number                 ☐ Yes

---

Debtor  **River City Recycling, LLC**                                          Case number *(if known)* _____
_____
        Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 289.58 |

**3.8**

Nonpriority creditor's name and mailing address
**Alphagraphics**
**3007 Lincoln Avenue**
**Henrico, VA 23228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

$ 289.58

Date or dates debt was incurred  **10/8/2014**

Last 4 digits of account number  _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.9**

Nonpriority creditor's name and mailing address
**American Express, FSB**
**948 Clopper Road, 2nd Floor**
**Gaithersburg, MD 20878**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card Debt**

$ 128,692.28

Date or dates debt was incurred  **8/31/15**

Last 4 digits of account number  **3009**

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.10**

Nonpriority creditor's name and mailing address
**Arc3 Gases, f/k/a Arcet Equipment**
**P.O. Box 26269**
**Richmond, VA 23260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

$ 10,720.49

Date or dates debt was incurred  **9/23/14**

Last 4 digits of account number  **4666**

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.11**

Nonpriority creditor's name and mailing address
**Argents**
**372 Doughty Blvd**
**2nd Floor, Suite F**
**Inwood, NY 11096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

$ 870.00

---

Debtor **River City Recycling, LLC**      Case number (if known) _____
     Name

Date or dates debt was incurred    **1/26/2015**

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No

☐ Yes

---

**3.12**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $   **2,453.74**

**Atlantic Constructors**     *Check all that apply.*
**1401 Battery Brooke Parkway**
**Richmond, VA 23237**     ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred    **3/3/2015**     Is the claim subject to offset?

    ■ No

Last 4 digits of account number    _____     ☐ Yes

---

**3.13**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $   **1,398.27**

**Atlantic Equipment**     *Check all that apply.*
**2201 Mingee Drive**
**Hampton, VA 23661**     ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred    **6/19/2015**     Is the claim subject to offset?

    ■ No

Last 4 digits of account number    _____     ☐ Yes

---

**3.14**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $   **32,664.74**

**AXA Equitable**     *Check all that apply.*
**P.O. Box 371459**
**Pittsburgh, PA 15250**     ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Basis for the claim:   **Insurance**

Date or dates debt was incurred    **6/6/2014**     Is the claim subject to offset?

    ■ No

Last 4 digits of account number    _____     ☐ Yes

---

**3.15**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $   **170,113.90**

**Axis Capital, Inc.**     *Check all that apply.*
**308 N. Locust Street**
**Suite 100**     ☐ Contingent
**Grand Island, NE 68801**     ☐ Unliquidated
    ☐ Disputed

Debtor    **River City Recycling, LLC**                                    Case number (if known) _____
          Name

                                                    Basis for the claim:    **Debt**
                                                    _____

Date or dates debt was incurred    **8/6/12**       Is the claim subject to offset?

                                                    ■ No
Last 4 digits of account number     **4904**        ☐ Yes

---

| 3.16 | | | | $ **0.00** |

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:
**BlackEagle Partners, LLC**                            Check all that apply.
**6905 Telegraph Road**                                 ☐ Contingent
**Suite 205**                                           ■ Unliquidated
**Bloomfield Hills, MI 48301**                          ☐ Disputed

                                                        Basis for the claim:    **Trade Debt**
                                                        _____

Date or dates debt was incurred    **3/30/12**          Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number                         ☐ Yes

---

| 3.17 | | | | $ **309.70** |

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:
**Blake Contracting**                                   Check all that apply.
**1506 Webster Street**                                 ☐ Contingent
**Richmond, VA 23220**                                  ☐ Unliquidated
                                                        ☐ Disputed

                                                        Basis for the claim:    **Trade Debt**
                                                        _____

Date or dates debt was incurred    **5/8/2015**         Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number                         ☐ Yes

---

| 3.18 | | | | $ **3,472.07** |

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:
**BM2 Freight Services, Inc.**                          Check all that apply.
**P.O. Box 76486 Highland Heights**                     ☐ Contingent
**Newport, KY 41076**                                   ☐ Unliquidated
                                                        ☐ Disputed

                                                        Basis for the claim:    **Trade Debt**
                                                        _____

Date or dates debt was incurred    **6/16/2015**        Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number                         ☐ Yes

---

| 3.19 | | | | $ **15,126.80** |

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:

---

Debtor    **River City Recycling, LLC**                                 Case number *(if known)* _____
_____
            Name

**BMG Metals**                                  *Check all that apply.*
**950 Masonic Lane**                            ☐ Contingent
**Henrico, VA 23231**                           ☐ Unliquidated
                                                ☐ Disputed

                                                Basis for the claim:    **Trade Debt**
                                                _____

Date or dates debt was incurred    **12/2/2014**    Is the claim subject to offset?

                                                ■ No
Last 4 digits of account number    _____      ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 28,664.00 |

**BrickStreet Mutual Insurance Co.**            *Check all that apply.*
**400 Quarrier Street**                         ☐ Contingent
**Charleston, WV 25301**                        ☐ Unliquidated
                                                ☐ Disputed

                                                Basis for the claim:    **Insurance**
                                                _____

Date or dates debt was incurred    **8/17/15**      Is the claim subject to offset?

                                                ■ No
Last 4 digits of account number    **0483**         ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 195.00 |

**Can See Fire Service Co. Inc.**               *Check all that apply.*
**P.O. Box 147**                                ☐ Contingent
**205 Haley Road**                              ☐ Unliquidated
**Ashland, VA 23005**                           ☐ Disputed

                                                Basis for the claim:    **Trade Debt**
                                                _____

Date or dates debt was incurred    **10/22/2014**   Is the claim subject to offset?

                                                ■ No
Last 4 digits of account number    _____      ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 7,654.80 |

**Caroline County Dept. of Public Works**       *Check all that apply.*
**P.O. Box 424**                                ☐ Contingent
**Bowling Green, VA 22427**                     ☐ Unliquidated
                                                ☐ Disputed

                                                Basis for the claim:    **Trade Debt**
                                                _____

Date or dates debt was incurred    **12/1/2014**    Is the claim subject to offset?

                                                ■ No
Last 4 digits of account number    _____      ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims              Page **7** of 42

| Debtor | **River City Recycling, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |
|---|---|---|---|

**Cavalier Hose & Fittings**
**P.O. Box 848**
**Farmville, VA 23901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred   **8/6/2012**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 326.75 |
|---|---|---|---|

**Ceridian Benefit Services**
**3201 34th Street South**
**Saint Petersburg, FL 33711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred   **5/1/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 4,480.54 |
|---|---|---|---|

**CFE Equipment Rentals**
**818 Widgeon Road**
**Norfolk, VA 23513**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred   **9/1/2014**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 20,241.67 |
|---|---|---|---|

**CHC of Virginia, Inc.**
**P.O. Box 6485**
**Carol Stream, IL 60197**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

---

Debtor   **River City Recycling, LLC**                          Case number (if known) _____
         Name

Date or dates debt was incurred   **5/1/2015**          Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number   _____          ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **604.40** |

**Cintas**
P.O. Box 631025
Cincinnati, OH 45263

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred   **1/15/2015**          Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number   **5459**              ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **236.14** |

**Cintas**
P.O. Box 631025
Cincinnati, OH 45263

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred   **2/24/2015**          Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number   **5461**              ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **287.42** |

**Cintas**
P.O. Box 631025
Cincinnati, OH 45263

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred   **10/20/2014**          Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number   **6707**              ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **33,269.24** |

**City of Richmond**
**Division of Collections**
900 East Broad Street, Rm 102
Richmond, VA 23261

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **River City Recycling, LLC**    Case number (if known) _____
          Name

Basis for the claim:    **License Tax/Fee**

Date or dates debt was incurred    **2/7/2014**    Is the claim subject to offset?

■ No

Last 4 digits of account number    **0008**    ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 323.90 |

**City of Richmond**
**Department of Public Utilities**
P.O. Box 26060
Richmond, VA 23274

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Utilities**

Date or dates debt was incurred    **11/21/2014**    Is the claim subject to offset?

■ No

Last 4 digits of account number    **3293**    ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 0.00 |

**City of Richmond**
**Department of Public Utilities**
P.O. Box 26060
Richmond, VA 23274

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Utilities**

Date or dates debt was incurred    **3/8/2013**    Is the claim subject to offset?

■ No

Last 4 digits of account number    **5407**    ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 23,401.58 |

**CNH Indusrial Capital America LLC**
**100 Brubaker**
**New Holland, PA 17557**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Debt**

Date or dates debt was incurred    **7/23/13**    Is the claim subject to offset?

■ No

Last 4 digits of account number    **3002**    ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 6,554.00 |

---

Debtor    **River City Recycling, LLC**
          _____                Case number (if known) _____
          Name

**Colony Insurance Company**                 Check all that apply.
**8720 Stony Point Pkwy, Suite 300**         ☐ Contingent
**Richmond, VA 23235**                       ☐ Unliquidated
                                             ☐ Disputed

                                             Basis for the claim:    Insurance
                                                                     _____

Date or dates debt was incurred   **6/8/2015**    Is the claim subject to offset?

Last 4 digits of account number   _____   ■ No
                                                    ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |

**Commerical Credit Group Inc.**            Check all that apply.
**227 West Trade Street**                    ☐ Contingent
**Suite 1450**                               ☐ Unliquidated
**Charlotte, NC 28202**                      ■ Disputed

                                             Basis for the claim:    **Prior claim offset by**
                                                                     **repossession of $939,900 in**
                                                                     **goods**

Date or dates debt was incurred   **11/20/12**    Is the claim subject to offset?

Last 4 digits of account number   **1992**        ■ No
                                                   ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,318.56 |

**Commonwealth Equipment**                   Check all that apply.
**36 Hazelton Street**                       ☐ Contingent
**Wilkes Barre, PA 18706**                   ☐ Unliquidated
                                             ☐ Disputed

                                             Basis for the claim:    **Trade Debt**

Date or dates debt was incurred   **8/8/2014**    Is the claim subject to offset?

Last 4 digits of account number   _____   ■ No
                                                    ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 801.16 |

**Container First Services**                 Check all that apply.
**333 B Industrial Drive**                   ☐ Contingent
**Petersburg, VA 23803**                     ☐ Unliquidated
                                             ☐ Disputed

                                             Basis for the claim:    **Trade Debt**

---

Debtor  **River City Recycling, LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| Date or dates debt was incurred **2/28/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **721.80** |
|---|---|---|---|

**Corman Construction**
**16500 Happy Hill Road**
**Colonial Heights, VA 23834**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

| | |
|---|---|
| Date or dates debt was incurred **7/3/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **104,937.78** |
|---|---|---|---|

**Covanta Bristol, Inc.**
**445 South Street**
**Morristown, NJ 07960**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

| | |
|---|---|
| Date or dates debt was incurred **5/13/2013** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,015,355.79** |
|---|---|---|---|

**Covanta Fairfax, Inc.**
**445 South Street**
**Morristown, NJ 07960**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

| | |
|---|---|
| Date or dates debt was incurred **5/13/13** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **95,906.20** |
|---|---|---|---|

**Covanta Haverhill Associates**
**445 South Street**
**Morristown, NJ 07960**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **River City Recycling, LLC**                                      Case number (if known) _____
          Name

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **5/13/2013**                Is the claim subject to offset?

                                                               ■ No

Last 4 digits of account number    _____                 ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 22,413.09 |

**Covanta Huntington, L.P.**
**445 South Street**
**Morristown, NJ 07960**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **5/13/2013**                Is the claim subject to offset?

                                                               ■ No

Last 4 digits of account number    _____                 ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 711,705.64 |

**Covanta Metals Marketing LLC**
**445 South Street**
**Morristown, NJ 07960**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **5/13/2013**                Is the claim subject to offset?

                                                               ■ No

Last 4 digits of account number    _____                 ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 899,779.40 |

**Covanta Montgomery, Inc.**
**445 South Street**
**Morristown, NJ 07960**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **5/13/2013**                Is the claim subject to offset?

                                                               ■ No

Last 4 digits of account number    _____                 ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 12,797.80 |

---

Debtor    **River City Recycling, LLC**
_____    Case number (if known) _____
Name

**Crane Masters, Inc.**
**3001 Williamsburg Road**
**Henrico, VA 23231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **8/5/2014**

Is the claim subject to offset?

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 81,645.00 |
|------|------|------|------|

**CSX Transportation**
**P.O. Box 44053**
**Jacksonville, FL 32231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **8/9/2014**

Is the claim subject to offset?

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 678.40 |
|------|------|------|------|

**Cummins**
**3900 Deepwater Terminal Road**
**Richmond, VA 23234**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **5/20/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 24,360.43 |
|------|------|------|------|

**De Lage Landen Financial Services**
**1111 Old Eagle School Road**
**Wayne, PA 19087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Debt**

Date or dates debt was incurred    **6/13/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number _____    ☐ Yes

---

Debtor  **River City Recycling, LLC**                          Case number (if known) _____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

| | | |
|---|---|---|
| **3.49** | Nonpriority creditor's name and mailing address<br>**Dominion Lock and Security, Inc.**<br>**8098 Mechanicsville Turnpike**<br>**Mechanicsville, VA 23111** | $  **645.44** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **2/23/2015**

Last 4 digits of account number    _____

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| **3.50** | Nonpriority creditor's name and mailing address<br>**Dominion Resources Services, Inc.**<br>**120 Tredegar Street**<br>**Richmond, VA 23219** | $  **281,639.37** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **3/4/2014**

Last 4 digits of account number    _____

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| **3.51** | Nonpriority creditor's name and mailing address<br>**Dominion Tank & Vessell**<br>**1501 Valley Road**<br>**Richmond, VA 23222** | $  **749.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **1/19/2015**

Last 4 digits of account number    _____

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| **3.52** | Nonpriority creditor's name and mailing address<br>**Dominion Virginia Power**<br>**120 Tredegar Street**<br>**Richmond, VA 23219** | $  **6,852.40** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Utilities**

---

Debtor    **River City Recycling, LLC**                    Case number (if known) _____
          Name

| | | |
|---|---|---|
| Date or dates debt was incurred | **10/22/2014** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| Last 4 digits of account number | | |

---

| 3.53 | Nonpriority creditor's name and mailing address<br>**Dominion Virginia Power**<br>**P.O. Box 26543**<br>**Richmond, VA 23290** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Utilities** | $   **3,501.87** |
|---|---|---|---|

| | | |
|---|---|---|
| Date or dates debt was incurred | **3/13/2015** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| Last 4 digits of account number | **4736** | |

---

| 3.54 | Nonpriority creditor's name and mailing address<br>**Don's Trucking, Inc.**<br>**P.O. Box 2992**<br>**Chester, VA 23831** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Trade Debt** | $   **2,015.32** |
|---|---|---|---|

| | | |
|---|---|---|
| Date or dates debt was incurred | **8/27/2014** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| Last 4 digits of account number | | |

---

| 3.55 | Nonpriority creditor's name and mailing address<br>**E. Granville Wade, Jr., Inc.**<br>**8277 Windsor Drive**<br>**Mechanicsville, VA 23111** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Trade Debt** | $   **23.42** |
|---|---|---|---|

| | | |
|---|---|---|
| Date or dates debt was incurred | **5/4/2015** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| Last 4 digits of account number | | |

---

| 3.56 | Nonpriority creditor's name and mailing address<br>**Earhart Industrial Services, Inc.**<br>**2007 Bototourt Street**<br>**Richmond, VA 23220** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $   **2,042.20** |
|---|---|---|---|

Debtor    **River City Recycling, LLC**                                Case number (if known) _____
          Name

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **6/22/2015**    Is the claim subject to offset?

                                                    ☑ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 4,481.93 |

**Eckert Seamans Cherin Mellott, LLC**
**919 East Main Street**
**Suite 1300**
**Richmond, VA 23219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Professional**

Date or dates debt was incurred    **3/17/2015**    Is the claim subject to offset?

                                                    ☑ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 972.35 |

**English Boiler- Enlann English**
**2890 Seven Hills Blvd**
**Henrico, VA 23231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **2/9/2015**    Is the claim subject to offset?

                                                   ☑ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 200.00 |

**Enrichmond**
**100 N. 17th Street**
**Richmond, VA 23219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **5/1/2015**    Is the claim subject to offset?

                                                   ☑ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 224.29 |

Debtor  **River City Recycling, LLC**
Name                                                        Case number (if known)

**Environmental Supply Company**          Check all that apply.
**3446 Environmental Parkway**            ☐ Contingent
**Henrico, VA 23231**                     ☐ Unliquidated
                                          ☐ Disputed

                                          Basis for the claim:  **Trade Debt**

Date or dates debt was incurred   **5/22/2015**    Is the claim subject to offset?

                                          ■ No
Last 4 digits of account number                ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **261.00** |

**Epoxy Systems**                         Check all that apply.
**6507 Old Warwick Road**                 ☐ Contingent
**Richmond, VA 23225**                    ☐ Unliquidated
                                          ☐ Disputed

                                          Basis for the claim:  **Trade Debt**

Date or dates debt was incurred   **9/12/2014**    Is the claim subject to offset?

                                          ■ No
Last 4 digits of account number                ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |

**Evergreen Enterprises, Inc.**           Check all that apply.
**5915 Midlothian Turnpike**              ☐ Contingent
**Richmond, VA 23225**                    ☐ Unliquidated
                                          ☐ Disputed

                                          Basis for the claim:  **Trade Debt**

Date or dates debt was incurred   **5/29/2015**    Is the claim subject to offset?

                                          ■ No
Last 4 digits of account number                ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **51.60** |

**Fast Signs**                            Check all that apply.
**532 E. Main Street**                    ☐ Contingent
**Richmond, VA 23219**                    ☐ Unliquidated
                                          ☐ Disputed

                                          Basis for the claim:  **Trade Debt**

Date or dates debt was incurred   **4/3/2015**    Is the claim subject to offset?

                                          ■ No
Last 4 digits of account number                ☐ Yes

---

Debtor  **River City Recycling, LLC**
       Name

Case number *(if known)*

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 231.57 |

**Fastenal Company**
P.O. Box 978
Winona, MN 55987

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred  **10/21/2014**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,450.00 |

**FCC Environmental**
P.O. Box 674156
Dallas, TX 75267

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred  **6/23/2014**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 4,360.23 |

**FedEx**
P.O. Box 371461
Pittsburgh, PA 15250

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred  **3/6/2015**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 890.00 |

**Foley Material**
11327 Virginia Crane Drive
Ashland, VA 23005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

---

Debtor    **River City Recycling, LLC**
_____    Case number (if known) _____
Name

| | |
|---|---|
| Date or dates debt was incurred    **3/26/2015** | Is the claim subject to offset? |
| | ☒ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **4,006.00** |
|---|---|---|---|
| | **Gillies Creek** | Check all that apply. | |
| | **4200 Masonic Lane** | ☐ Contingent | |
| | **Richmond, VA 23223** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Basis for the claim:    **Trade Debt**

| | |
|---|---|
| Date or dates debt was incurred    **3/23/2015** | Is the claim subject to offset? |
| | ☒ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **7,306.01** |
|---|---|---|---|
| | **Global Mill Supply, Inc.** | Check all that apply. | |
| | **1875 Lockeway Drive, Suite 706** | ☐ Contingent | |
| | **Alpharetta, GA 30004** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Basis for the claim:    **Trade Debt**

| | |
|---|---|
| Date or dates debt was incurred    **6/17/2015** | Is the claim subject to offset? |
| | ☒ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,975.00** |
|---|---|---|---|
| | **Golder Associates, Inc.** | Check all that apply. | |
| | **Lockbox 934544** | ☐ Contingent | |
| | **Atlanta, GA 31193** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Basis for the claim:    **Professional**

| | |
|---|---|
| Date or dates debt was incurred    **12/17/2014** | Is the claim subject to offset? |
| | ☒ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,555.00** |
|---|---|---|---|
| | **Great Dane** | Check all that apply. | |
| | **2702 Deepwater Terminal Road** | ☐ Contingent | |
| | **Richmond, VA 23234** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Debtor    **River City Recycling, LLC**                          Case number (if known) _____
          Name

|  | Basis for the claim: | **Trade Debt** |
|---|---|---|

Date or dates debt was incurred    **12/3/2014**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **487.20** |

**Grey Bar Electrical**
**1510 Tomlynn Street**
**Richmond, VA 23230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **9/22/2014**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **0.00** |

**H&E Equipment Services, Inc.**
**10409 Success Street**
**Ashland, VA 23005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **7/16/2014**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **132.00** |

**Harnette Manufacturing**
**8401 Fort Darling Road**
**Richmond, VA 23237**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **9/30/2014**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **715.00** |

---

Debtor    **River City Recycling, LLC**                                       Case number (if known)
_____
Name

**HBA of Richmond**                          Check all that apply.
**400 N. Ridge Road**                        ☐ Contingent
**Henrico, VA 23229**                        ☐ Unliquidated
                                             ☐ Disputed

                                             Basis for the claim:   **Trade Debt**

Date or dates debt was incurred    **3/17/2015**    Is the claim subject to offset?

                                             ☒ No
Last 4 digits of account number                      ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **1,568.30** |

**Hercules Fence**                           Check all that apply.
**11074 Air Park Road**                      ☐ Contingent
**Ashland, VA 23005**                        ☐ Unliquidated
                                             ☐ Disputed

                                             Basis for the claim:   **Trade Debt**

Date or dates debt was incurred    **9/9/2014**    Is the claim subject to offset?

                                             ☒ No
Last 4 digits of account number                      ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **450.00** |

**Ideal Solutions**                          Check all that apply.
**9440 West Broad Street**                   ☐ Contingent
**Henrico, VA 23294**                        ☐ Unliquidated
                                             ☐ Disputed

                                             Basis for the claim:   **Trade Debt**

Date or dates debt was incurred    **12/18/2014**    Is the claim subject to offset?

                                             ☒ No
Last 4 digits of account number                      ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**IFCO**                                     Check all that apply.
**3707 9 Mile Road**                         ☐ Contingent
**Richmond, VA 23223**                       ☐ Unliquidated
                                             ☐ Disputed

                                             Basis for the claim:   **Trade Debt**

Date or dates debt was incurred    **7/13/2015**    Is the claim subject to offset?

                                             ☒ No
Last 4 digits of account number                      ☐ Yes

---

Debtor   **River City Recycling, LLC**                                    Case number (if known) _____
         Name

| | | |
|---|---|---|

**3.79**

Nonpriority creditor's name and mailing address
**International Paper**
**1308 Jefferson Davis Hwy**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred   **6/16/2015**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

$   **0.00**

---

**3.80**

Nonpriority creditor's name and mailing address
**John Cable- Manassas**
**1401 Aquia Road**
**Midland, VA 22728**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred   **12/5/2014**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

$   **339.50**

---

**3.81**

Nonpriority creditor's name and mailing address
**KBS, Inc.**
**8050 Kimway Drive**
**Henrico, VA 23228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred   **11/24/2014**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

$   **825.67**

---

**3.82**

Nonpriority creditor's name and mailing address
**Lawrence Equipment**
**P.O. Box 7667**
**Roanoke, VA 24019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

$   **10,997.17**

---

Debtor    **River City Recycling, LLC**                                    Case number (if known)  _____
          Name

Date or dates debt was incurred    **8/31/2014**         Is the claim subject to offset?

                                                         ■ No
Last 4 digits of account number  _____            ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **10,050.00** |

**Lead Global Group**
**6953 Charlotte Pike #402**
**Nashville, TN 37209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred  _____           Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number  _____           ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **14,913.00** |

**Liberty Mutual Insurance**
**P.O. Box 4647**
**Lutherville Timonium, MD 21094**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Insurance**

Date or dates debt was incurred    **7/25/2013**         Is the claim subject to offset?

                                                         ■ No
Last 4 digits of account number  _____            ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **3,316.90** |

**Library of Virginia**
**800 East Broad Street**
**Richmond, VA 23219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **3/24/2015**         Is the claim subject to offset?

                                                         ■ No
Last 4 digits of account number  _____            ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **96.80** |

**Mailing Services**
**923 N. Meadow Street**
**Richmond, VA 23220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206 E/F                     Schedule E/F: Creditors Who Have Unsecured Claims                     Page 24 of 42

Debtor   **River City Recycling, LLC**
_____
Name

Case number (if known) _____

Basis for the claim:   **Trade Debt**
_____

Date or dates debt was incurred   **2/2/2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **315.00** |

**Marten-Johnson Insurance**
**6227 Executive Blvd**
**Rockville, MD 20852**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Insurance**
_____

Date or dates debt was incurred   **5/5/2014**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **45,098.62** |

**Mathew Appelget**
**3215 Seminary Avenue**
**Richmond, VA 23227**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Unpaid Wages**
_____

Date or dates debt was incurred   **6/12/2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **3,000.00** |

**MBI**
**2627 East 139th Street**
**Chicago, IL 60633**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**
_____

Date or dates debt was incurred   **12/7/2013**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **1,750.00** |

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **River City Recycling, LLC**                                      Case number (if known) _____
        Name

**Mid East Railroad Services, Inc.**              Check all that apply.
**644 Niagara Carthage Road**                     ☐ Contingent
**Carthage, NC 28327**                            ☐ Unliquidated
                                                  ☐ Disputed

                                                  Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **4/24/2014**      Is the claim subject to offset?

                                                  ■ No
Last 4 digits of account number    _____       ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Milestone Metals**                              Check all that apply.
**12587 Fair Lakes Circles**                      ☐ Contingent
**Suite 344**                                     ☐ Unliquidated
**Fairfax, VA 22033**                             ☐ Disputed

                                                  Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **6/20/2013**      Is the claim subject to offset?

                                                  ■ No
Last 4 digits of account number    _____       ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **6,000.00** |
|---|---|---|---|

**Milestone Trailer Leasing**                     Check all that apply.
**1355 Peachtree Street NE**                      ☐ Contingent
**Suite 750, South Tower**                        ☐ Unliquidated
**Atlanta, GA 30309**                             ☐ Disputed

                                                  Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **9/1/2014**       Is the claim subject to offset?

                                                  ■ No
Last 4 digits of account number    _____       ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **200.00** |
|---|---|---|---|

**Montleys Asset Disposition Group**              Check all that apply.
**3600 Deepwater Terminal Road**                  ☐ Contingent
**Richmond, VA 23234**                            ☐ Unliquidated
                                                  ☐ Disputed

                                                  Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **10/7/2014**      Is the claim subject to offset?

                                                  ■ No
Last 4 digits of account number    _____       ☐ Yes

---

Debtor    **River City Recycling, LLC**                                    Case number (if known)
_____
Name

| | | |
|---|---|---|

**3.94**

Nonpriority creditor's name and mailing address
**Northern Neck News**
**P.O. Box 8**
**Warsaw, VA 22572**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **1,208.00**

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **8/31/2014**

Is the claim subject to offset?

Last 4 digits of account number

☒ No
☐ Yes

---

**3.95**

Nonpriority creditor's name and mailing address
**PARI**
**2412  PARI Way**
**Midlothian, VA 23112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **129.60**

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **2/20/2015**

Is the claim subject to offset?

Last 4 digits of account number

☒ No
☐ Yes

---

**3.96**

Nonpriority creditor's name and mailing address
**PCVO**
**P.O. Box 33**
**512 E. Pinner Street**
**Suffolk, VA 23434**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **1,215.60**

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **3/9/2015**

Is the claim subject to offset?

Last 4 digits of account number

☒ No
☐ Yes

---

**3.97**

Nonpriority creditor's name and mailing address
**Pennsylvania Steel**
**11111 Leadbetter Road**
**Ashland, VA 23005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **3,736.85**

Basis for the claim:    **Trade Debt**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor **River City Recycling, LLC**                     Case number (if known) _____
_____
Name

| | |
|---|---|
| Date or dates debt was incurred | **1/16/2015** |
| | |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 242.25 |
|---|---|---|---|---|

**Perfect Plumbing LLC**
**7441 Whitepine Road N.**
**Richmond, VA 23237**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Trade Debt**

| | |
|---|---|
| Date or dates debt was incurred | **3/25/2015** |
| | |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | | $ | 112.73 |
|---|---|---|---|---|

**Pitney Bowes Inc.**
**2225 American Drive**
**Neenah, WI 54956**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Trade Debt**

| | |
|---|---|
| Date or dates debt was incurred | **2/4/16** |
| | |
| Last 4 digits of account number | **7865** |

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.10 0 | **Nonpriority creditor's name and mailing address** | | $ | 229.06 |
|---|---|---|---|---|

**Principal Financial Group**
**711 High Street**
**Des Moines, IA 50392**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Insurance**

| | |
|---|---|
| Date or dates debt was incurred | **12/12/2013** |
| | |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.10 1 | **Nonpriority creditor's name and mailing address** | | $ | 927.17 |
|---|---|---|---|---|

**Purchase Power**
**P.O. Box 371874**
**Pittsburgh, PA 15250**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **River City Recycling, LLC**                                Case number (if known) _____
Name

|  |  |
|---|---|
| | Basis for the claim:  **Trade Debt** |

Date or dates debt was incurred  **3/16/2015**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

**3.10 2**

Nonpriority creditor's name and mailing address

**Quarles**
**P.O. Box 7508**
**Fredericksburg, VA 22404**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$  **7,109.63**

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred  **4/20/2015**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

**3.10 3**

Nonpriority creditor's name and mailing address

**RCBC Global, Inc.**
**120 Chadwick Avenue**
**Hendersonville, NC 28792**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$  **50,000.00**

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred  **4/7/15**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

**3.10 4**

Nonpriority creditor's name and mailing address

**Red Line Communications**
**2030 Westmoreland Street**
**Richmond, VA 23230**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$  **211.05**

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred  **6/29/2015**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

**3.10 5**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$  **350.00**

---

Debtor    **River City Recycling, LLC**                                      Case number (if known)
_____
Name

**Richmond Auto Auction**                          *Check all that apply.*
**3600 Deepwater Terminal Road**                   ☐ Contingent
**Richmond, VA 23234**                             ☐ Unliquidated
                                                    ☐ Disputed

                                                    Basis for the claim:    **Trade Debt**
                                                    _____

Date or dates debt was incurred    **1/15/2015**    Is the claim subject to offset?

                                                    ■ No
Last 4 digits of account number                     ☐ Yes

---

| 3.10 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **236.80** |

**Richmond Coliseum**                              *Check all that apply.*
**601 E Leigh Street**                             ☐ Contingent
**Richmond, VA 23219**                             ☐ Unliquidated
                                                    ☐ Disputed

                                                    Basis for the claim:    **Trade Debt**
                                                    _____

Date or dates debt was incurred    **4/24/2015**    Is the claim subject to offset?

                                                    ■ No
Last 4 digits of account number                     ☐ Yes

---

| 3.10 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **617.00** |

**Richmond Times Dispatch**                        *Check all that apply.*
**300 East Franklin Street**                       ☐ Contingent
**Richmond, VA 23219**                             ☐ Unliquidated
                                                    ☐ Disputed

                                                    Basis for the claim:    **Trade Debt**
                                                    _____

Date or dates debt was incurred    **3/12/2015**    Is the claim subject to offset?

                                                    ■ No
Last 4 digits of account number                     ☐ Yes

---

| 3.10 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **92.40** |

**Richmond Tooling**                               *Check all that apply.*
**1830 Ruffin Mill Circle #A**                     ☐ Contingent
**Colonial Heights, VA 23834**                     ☐ Unliquidated
                                                    ☐ Disputed

                                                    Basis for the claim:    **Trade Debt**
                                                    _____

Date or dates debt was incurred    **1/12/2015**    Is the claim subject to offset?

                                                    ■ No
Last 4 digits of account number                     ☐ Yes

---

Debtor    __River City Recycling, LLC_____    Case number (if known) _____
Name

| 3.10 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 147.50 |

**3.10 9**

Nonpriority creditor's name and mailing address
**River City Sports & Social Club**
**8241 Atlee Road**
**Mechanicsville, VA 23116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **147.50**

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **6/17/2015**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

**3.11 0**

Nonpriority creditor's name and mailing address
**Rose Time Recycling and Transport**
**P.O. Box 6**
**Staunton, VA 24401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **3/15/2014**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

**3.11 1**

Nonpriority creditor's name and mailing address
**Rush Truck Centers of Virginia**
**11525 N. Lakeridge Pkwy**
**Ashland, VA 23005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,335.40**

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **10/11/2014**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

**3.11 2**

Nonpriority creditor's name and mailing address
**Safeguard Business Systems**
**P.O. Box 88043**
**Chicago, IL 60680**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **71.22**

Basis for the claim:    **Trade Debt**

---

Debtor   **River City Recycling, LLC**                                    Case number (if known) _____
_____
Name

Date or dates debt was incurred   **2/12/2015**          Is the claim subject to offset?

■ No

Last 4 digits of account number   _____        ☐ Yes

---

| 3.11 3 | Nonpriority creditor's name and mailing address | | $ **482.40** |

**Sheehy**
**11401 W. Broad Street**
**Henrico, VA 23233**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred   **6/3/2015**           Is the claim subject to offset?

■ No

Last 4 digits of account number   _____        ☐ Yes

---

| 3.11 4 | Nonpriority creditor's name and mailing address | | $ **262.40** |

**Site Services**
**504 Gardiner Road**
**Henrico, VA 23229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred   **1/8/2015**           Is the claim subject to offset?

■ No

Last 4 digits of account number   _____        ☐ Yes

---

| 3.11 5 | Nonpriority creditor's name and mailing address | | $ **4,507.20** |

**South Eastern Truck & Trailer**
**2201 Commerce Road**
**Richmond, VA 23234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred   **10/30/2014**          Is the claim subject to offset?

■ No

Last 4 digits of account number   _____        ☐ Yes

---

| 3.11 6 | Nonpriority creditor's name and mailing address | | $ **9,356.80** |

**Southern Metals Recycling**
**2820 Tremont Road**
**Savannah, GA 31405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **River City Recycling, LLC**

Name

Case number (if known) _____

---

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **10/15/2014**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.11 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **70,456.39** |

**Spencer LLP**
**6806 Paragon Place**
**Suite 200**
**Richmond, VA 23230**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Professional**

Date or dates debt was incurred    **12/31/2014**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.11 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **3,894.95** |

**Staples**
**2840 Sprouse Drive**
**Henrico, VA 23231**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **7/29/2014**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.11 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **3,825.80** |

**Staples Advantage**
**P.O. Box 415256**
**Boston, MA 02241**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **11/29/2014**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.12 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **12,577.60** |

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **River City Recycling, LLC**                                        Case number (if known) _____
          _____
          Name

**Strategic Telecom**                           Check all that apply.
**306 Orleans Street**                          ☐ Contingent
**Henrico, VA 23231**                           ☐ Unliquidated
                                                ☐ Disputed

                                                Basis for the claim:    **Utilities**
                                                _____

Date or dates debt was incurred    **3/9/2015**      Is the claim subject to offset?

                                                     ■ No
Last 4 digits of account number    _____      ☐ Yes

---

| 3.12 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **998.24** |

**Superior Document Services**                  Check all that apply.
**707 E Main Street**                            ☐ Contingent
**Richmond, VA 23219**                           ☐ Unliquidated
                                                ☐ Disputed

                                                Basis for the claim:    **Trade Debt**
                                                _____

Date or dates debt was incurred    **1/23/2015**     Is the claim subject to offset?

                                                     ■ No
Last 4 digits of account number    _____      ☐ Yes

---

| 3.12 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **430.13** |

**The East End Landfill**                       Check all that apply.
**1790 Darbytown Road**                          ☐ Contingent
**Henrico, VA 23231**                            ☐ Unliquidated
                                                ☐ Disputed

                                                Basis for the claim:    **Trade Debt**
                                                _____

Date or dates debt was incurred    **3/31/2014**     Is the claim subject to offset?

                                                     ■ No
Last 4 digits of account number    _____      ☐ Yes

---

| 3.12 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |

**Thompson Trucking, Inc.**                     Check all that apply.
**P.O. Box 969**                                 ☐ Contingent
**Concord, VA 24538**                            ☐ Unliquidated
                                                ☐ Disputed

                                                Basis for the claim:    **Trade Debt**
                                                _____

Date or dates debt was incurred    **12/29/2014**    Is the claim subject to offset?

                                                     ■ No
Last 4 digits of account number    _____      ☐ Yes

---

Debtor   **River City Recycling, LLC**                                    Case number (if known) _____
         Name

| 3.12 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 568.68 |

**3.12 4**

Nonpriority creditor's name and mailing address
**Tri City Regional Disposal & Recycling**
**390 Industrial Drive**
**Petersburg, VA 23803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 568.68

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred   **10/25/2014**       Is the claim subject to offset?

Last 4 digits of account number _____            ■ No
                                                    ☐ Yes

---

**3.12 5**

Nonpriority creditor's name and mailing address
**United Rentals (North America), Inc.**
**P.O. Box 100711**
**Atlanta, GA 30384**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 993.65

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred   **9/12/2014**        Is the claim subject to offset?

Last 4 digits of account number _____            ■ No
                                                    ☐ Yes

---

**3.12 6**

Nonpriority creditor's name and mailing address
**VanEvera Professional Audio, LLC**
**1012 Park Avenue, Apt. #3**
**Richmond, VA 23220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.00

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred   **8/19/2014**        Is the claim subject to offset?

Last 4 digits of account number _____            ■ No
                                                    ☐ Yes

---

**3.12 7**

Nonpriority creditor's name and mailing address
**VCU Gifts & Records Management**
**P.O. Box 843042**
**Richmond, VA 23284**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24,999.99

Basis for the claim:   **Trade Debt**

---

Debtor    **River City Recycling, LLC**                                    Case number (if known) _____
          Name

| | |
|---|---|
| Date or dates debt was incurred **1/7/2015** | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.12 8**

Nonpriority creditor's name and mailing address
**Verizon**
P.O. Box 660720
Dallas, TX 75266

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

$ 255.88

| | |
|---|---|
| Date or dates debt was incurred **6/29/2015** | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number **9834** | ☐ Yes |

---

**3.12 9**

Nonpriority creditor's name and mailing address
**Virginia Dept. of General Services**
P.O. Box 562
Richmond, VA 23218

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

$ 76,494.15

| | |
|---|---|
| Date or dates debt was incurred **1/15/2014** | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.13 0**

Nonpriority creditor's name and mailing address
**Virginia Dept. of Motor Vehicles**
P.O. Box 27412
Richmond, VA 23269

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **License**

$ 250.00

| | |
|---|---|
| Date or dates debt was incurred **4/1/15** | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.13 1**

Nonpriority creditor's name and mailing address
**W. W. Enroughty & Son**
4500 Oakley Lane
Henrico, VA 23231

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33.00

---

Debtor    **River City Recycling, LLC**                                    Case number (if known) _____
               Name

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **1/30/2015**        Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number    _____        ☐ Yes

---

| 3.13 2 | Nonpriority creditor's name and mailing address | | $ | **3,193.89** |

**Waste Management of Virginia, Inc.**          As of the petition filing date, the claim is:
P.O. Box 13648                                  *Check all that apply.*
Philadelphia, PA 19101                          ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **7/1/15**          Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number    _____        ☐ Yes

---

| 3.13 3 | Nonpriority creditor's name and mailing address | | $ | **17,952.88** |

**Watchdog Virtual Guard, Inc.**                As of the petition filing date, the claim is:
21455 Melrose Avenue, Suite 18                  *Check all that apply.*
Southfield, MI 48075                            ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **7/1/2015**        Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number    _____        ☐ Yes

---

| 3.13 4 | Nonpriority creditor's name and mailing address | | $ | **419.00** |

**Welborne & Wright**                           As of the petition filing date, the claim is:
3801 Carolina Avenue                            *Check all that apply.*
Richmond, VA 23222                              ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **10/8/2014**       Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number    _____        ☐ Yes

---

| 3.13 5 | Nonpriority creditor's name and mailing address | | $ | **42,211.35** |

As of the petition filing date, the claim is:

---

Debtor  **River City Recycling, LLC**                              Case number (if known) _____
_____
Name

**Wells Fargo Bank, N.A.**                    Check all that apply.
**300 Tri-State International**               ☐ Contingent
**Suite 400**                                 ☐ Unliquidated
**Lincolnshire, IL 60069**                    ☐ Disputed

                                              Basis for the claim:  **Debt**
                                              _____

Date or dates debt was incurred   **5/22/14**     Is the claim subject to offset?

                                              ■ No
Last 4 digits of account number   **9004**        ☐ Yes

---

| 3.13 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **12,681.00** |

**Western Scrap Trading Ltd.**               Check all that apply.
**F-2800 Douglas Road**                      ☐ Contingent
**Burnaby, BC V5C 5B7**                       ☐ Unliquidated
                                              ☐ Disputed

                                              Basis for the claim:  **Trade Debt**
                                              _____

Date or dates debt was incurred   **5/4/15**      Is the claim subject to offset?

                                              ■ No
Last 4 digits of account number   _____         ☐ Yes

---

| 3.13 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **7,250.00** |

**Whiteford, Taylor & Preston LLP**          Check all that apply.
**7 Saint Paul Street**                      ☐ Contingent
**Baltimore, MD 21202**                      ☐ Unliquidated
                                              ☐ Disputed

                                              Basis for the claim:  **Professional**
                                              _____

Date or dates debt was incurred   **7/9/2014**    Is the claim subject to offset?

                                              ■ No
Last 4 digits of account number   _____         ☐ Yes

---

| 3.13 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **9.60** |

**William Beasley**                          Check all that apply.
**1310 Lynhaven Avenue**                      ☐ Contingent
**Richmond, VA 23224**                        ☐ Unliquidated
                                              ☐ Disputed

                                              Basis for the claim:  **Trade Debt**
                                              _____

Date or dates debt was incurred   **9/11/2014**   Is the claim subject to offset?

                                              ■ No
Last 4 digits of account number   _____         ☐ Yes

---

Debtor    **River City Recycling, LLC**                                Case number (if known) _____
      Name

---

| | |
|---|---|
| **3.13 9** | |

**Nonpriority creditor's name and mailing address**
**Williams Bridge**
**700 E. 4th Street**
**Richmond, VA 23224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$     **2,177.60**

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **2/5/2015**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    _____

---

| | |
|---|---|
| **3.14 0** | |

**Nonpriority creditor's name and mailing address**
**Windstream Co - Paetec**
**P.O. Box 9001111**
**Louisville, KY 40290**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$     **1,650.36**

Basis for the claim:    **Utilities**

Date or dates debt was incurred    **5/29/2013**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **6414**

---

| | |
|---|---|
| **3.14 1** | |

**Nonpriority creditor's name and mailing address**
**Windstream Co- Paetec**
**P.O. Box 9001111**
**Louisville, KY 40290**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$     **0.00**

Basis for the claim:    **Utilities**

Date or dates debt was incurred    **8/1/2012**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **6085**

---

| | |
|---|---|
| **3.14 2** | |

**Nonpriority creditor's name and mailing address**
**Windstream Co- Paetec**
**P.O. Box 9001111**
**Louisville, KY 40290**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$     **2,151.26**

Basis for the claim:    **Utilities**

---

Debtor    **River City Recycling, LLC**                                    Case number (if known) _____
_____
Name

Date or dates debt was incurred    **11/29/2014**          Is the claim subject to offset?

                                                           ■ No
Last 4 digits of account number    **1963**                ☐ Yes

---

| 3.14 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 40.95 |

**Worth Higgins & Associates**
8790 Park Central Drive
Richmond, VA 23227

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **7/5/2013**           Is the claim subject to offset?

                                                           ■ No
Last 4 digits of account number    _____              ☐ Yes

---

| 3.14 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 6,100.00 |

**WTVR**
P.O. Box 644538
Pittsburgh, PA 15264

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **4/13/2014**          Is the claim subject to offset?

                                                           ■ No
Last 4 digits of account number    _____              ☐ Yes

---

| 3.14 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 8,000.00 |

**WWBT LLC**
P.O. Box 11407
Drawer 1498
Birmingham, AL 35246

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **5/8/2015**           Is the claim subject to offset?

                                                           ■ No
Last 4 digits of account number    _____              ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

Debtor  **River City Recycling, LLC**

Case number (if known) _____

Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**
City of Richmond Bureau of Tax Enforce.
Attn: T. Tucker, Revenue Manager
900 E. Broad Street, Rm 209 City Hall
Richmond, VA 23219

Line  **3.32**

☐  Not listed. Explain

**4.2**
Fifth Third Bank
c/o Bryan Glover
Burr & Forman LLP
171 17th Street NW, Suite 1100
Atlanta, GA 30369

Line  **3.69**

☐  Not listed. Explain

**4.3**
Fleischer, Fleischer & Suglia
Attn: Brian M. Fleischer, Esq.
Four Greentree Centre
601 Route 73 North, Suite 305
Marlton, NJ 08053

Line  **3.48**

☐  Not listed. Explain            **3218**

**4.4**
Jenkins Fenstermaker, PLLC
Attn: Arnold Janiker
325 Eighth Street
Huntington, WV 25701

Line  **3.20**

☐  Not listed. Explain            **0483**

**4.5**
Marrs & Henry
Attn: Patrick C. Henry, II
7202 Glen Forest Drive, Suite 307
Richmond, VA 23226

Line  **3.103**

☐  Not listed. Explain

**4.6**
Meyer Goergen PC
1802 Bayberry Court
Suite 200
Richmond, VA 23226

Line  **3.10**

☐  Not listed. Explain            **4666**

**4.7**
Mitchell Rubenstein & Associates, PC
Attn: Michael P. Chabrow, Esq.
12 S Summit Avenue, Suite 250
Gaithersburg, MD 20877

Line  **3.50**

☐  Not listed. Explain

**4.8**
Mitchell Rubenstein & Associates, PC
12 S Summit Avenue, Suite 250
Gaithersburg, MD 20877

Line  **3.84**

☐  Not listed. Explain

**4.9**
Spotts Fain PC
Attn: Tim Moore
411 E. Franklin Street, Suite 600
Richmond, VA 23219

Line  **3.40**

☐  Not listed. Explain

**4.10**
Spotts Fain PC
Attn: Tim Moore
411 E. Franklin Street, Suite 600
Richmond, VA 23219

Line  **3.44**

☐  Not listed. Explain

**4.11**
Spotts Fain PC
Attn: Tim Moore
411 E. Franklin Street, Suite 600
Richmond, VA 23219

Line  **3.39**

☐  Not listed. Explain

Debtor   **River City Recycling, LLC**                                    Case number *(if known)*  _____
         _____
         Name

| 4.12 | **Spotts Fain PC**<br>**Attn: Tim Moore**<br>**411 E. Frankin Street, Suite 600**<br>**Richmond, VA 23219** | Line  **3.41**  ____<br><br>☐   Not listed. Explain  _____ |

| 4.13 | **Spotts Fain PC**<br>**Attn: Tim Moore**<br>**411 E. Frankin Street, Suite 600**<br>**Richmond, VA 23219** | Line  **3.42**  ____<br><br>☐   Not listed. Explain  _____ |

| 4.14 | **Spotts Fain PC**<br>**Attn: Tim Moore**<br>**411 E. Frankin Street, Suite 600**<br>**Richmond, VA 23219** | Line  **3.43**  ____<br><br>☐   Not listed. Explain  _____ |

| 4.15 | **Taxing Authority Consulting Services**<br>**P.O. Box 31800**<br>**Henrico, VA 23294** | Line  **2.1**  ____<br>☐   Not listed. Explain  _____ |

| 4.16 | **The Law Office of Lisa A. Charleston**<br>**150 E. Swedesford Road**<br>**Suite 102**<br>**Wayne, PA 19087** | Line  **3.132**  ____<br><br>☐   Not listed. Explain  _____ |

| 4.17 | **Zwicker & Associates, P.C.**<br>**Attn: Andrew S. Lerner**<br>**948 Clopper Road, 2nd Floor**<br>**Gaithersburg, MD 20878** | Line  **3.9**  ____<br><br>☐   Not listed. Explain       **3009** |

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 80,215.37 |
| **5b. Total claims from Part 2** | 5b.  + $ | 5,457,536.47 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 5,537,751.84 |

**Fill in this information to identify the case:**

Debtor name    **River City Recycling, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease for 1207 School Street, Suites 5, 10, 11 & 13 Richmond, VA, 23220** |
| | State the term remaining | **22 Months** |
| | List the contract number of any government contract | |

**1207 School Street LLC
204 Rivers Bend Blvd
Chester, VA 23836**

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Agreement for Cannon/IRAC5250 Serial No. JMQ07096 and Cannon/IRC5051 Serial No. GQM50449** |
| | State the term remaining | **11 Months** |
| | List the contract number of any government contract | |

**De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087**

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Service Monitoring and Maintenance Agreement for video monitoring system at 1207 School Street, Suites 5, 10, 11 & 13, Richmond, VA 23220** |
| | State the term remaining | **16 Months** |
| | List the contract number of any government contract | |

**Watchdog Virtual Guard, Inc.
21455 Melrose Avenue
Suite 18
Southfield, MI 48075**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **River City Recycling, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                                                 *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **East Coast Resource Group, LLC** | **1790 Darbytown Road**<br>**Henrico, VA 23231** | **CNH Indusrial Capital America LLC** | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.2 | **Mathew P. Appelget** | **3215 Seminary Avenue**<br>**Richmond, VA 23227** | **American Express, FSB** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.3 | **River City Recycling Transportation, LLC** | **1207 School Street, Suite 5**<br>**Richmond, VA 23220** | **Commerical Credit Group Inc.** | ☐ D _____<br>■ E/F __3.35__<br>☐ G _____ |
| 2.4 | **River City Recycling Transportation, LLC** | **1207 School Street**<br>**Suite 5**<br>**Richmond, VA 23220** | **Commercial Credit Group Inc.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name   **River City Recycling, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 26, 2016**          X _____
                                              Signature of individual signing on behalf of debtor

                                              **Mathew P. Appelget**
                                              Printed name

                                              **Authorized Signor**
                                              Position or relationship to debtor