# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RIVER CITY RECYCLING, LLC,<br><br>                Debtor. | Chapter 7<br><br>Case No. 16-10496 (LSS) |
| DON A. BESKRONE, Chapter 7 Trustee of River City Recycling, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>MATERIALS MANAGEMENT & RECYCLING, LLC, MATTHEW P. APPELGET and JOHN DOES 1-10,<br><br>                Defendants. | Adv. Proc. No. 16-50092 (LSS) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on March 10, 2015, Don A. Beskrone, Chapter 7 Trustee (the "Trustee") of the above-captioned debtor, by and through his undersigned proposed counsel, filed the *Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction* in the above-captioned adversary proceeding [Adv. Docket No. 2] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") on the Motion is scheduled for **March 11, 2016 at 1:30 p.m. (ET)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom No. 2, 824 N. Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any party that wishes to appear telephonically at the Hearing must contact CourtCall LLC at (866) 582-6878 no later than 1:00 p.m. (ET) on March 11, 2016.

**PLEASE TAKE FURTHER NOTICE** that, any objections or responses to the relief requested in the Motion shall be heard at the Hearing.

*-Signature Page to Follow-*

{01097744;v1 }    1

Dated: March 11, 2016

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*_____
Ricardo Palacio (DE No. 3765)
F. Troupe Mickler IV (DE No. 5361)
Lauren Dunkle Fortunato (DE No. 6031)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Proposed Counsel to Don A. Beskrone,
Chapter 7 Trustee of the Debtor*